# EXHIBIT I

# AgWorks, Inc.

Post Office Box 580~408 West Marian Avenue, Lake Park, GA 31636
Phone (229) 559-6879~Fax (229) 559-8493

July 15, 2008

Ms. Andrea Vaughn
Farmworker Division of
Georgia Legal Services Program
104 Marietta Street, Suite 250
Atlanta, GA 30303

Dear Ms. Vaughn:

We have provided documents responsive to your subpoena considering your letter of clarification dated July 11, 2008 in the case of Two Brothers Farm, Inc. We redacted any listing of the AgWorks, Inc. credit card number since it is irrelevant and constitutes confidential financial information.

As we agreed in a telephone call of July 15, 2008 we have provided 312 copies at a reimbursement agreed amount of $.04 per copy. The total cost is $12.48.

We delivered these documents to your Valdosta, Georgia office. Thank you.

Sincerely,

Dan Bremer
President
AgWorks, Inc.