# EXHIBIT W

## I N V O I C E

| | | | DATE: | 05/22/2008 |
|---|---|---|---|---|

**Solstice International Consulting L.C.**
209 Flecha Lane
Laredo, TX 78045
Tel. 956-726-6363 / 956-726-4544
Email: solstice_intl@hotmail.com

NUEVO LAREDO

**Bill To.** QUALITY PRODUCE LLC
195 TY TY-OMEGA ROAD
TIFTON GA 31793

### SERVICES/FEES

| | | |
|---|---|---|
| 1 | $100.00 U.S.D. | Consulate Visa Fee/Cobro de Visa Per Person/Por Persona |
| 1 | $60.00 U.S.D. | Processing Fee/Cobro de Tramite Per Person/Por Persona |

Melissa 956-235-4027/956-337-0303
RICARDO 956-206-5579

**BILL BRIM 229-382-4454**

Greyhound Terminal:

---

## I N V O I C E

| | | | DATE: | 05/06/2008 |
|---|---|---|---|---|

**Solstice International Consulting L.C.**
209 Flecha Lane
Laredo, TX 78045
Tel. 956-726-6363 / 956-726-4544
Email: solstice_intl@hotmail.com

**NUEVO LAREDO**

**Bill To.** QUALITY PRODUCE LLC
195 TY TY-OMEGA ROAD
TIFTON GA 31793

### SERVICES/FEES

| | | |
|---|---|---|
| 1 | $20.00 U.S.D. | Bus Fare/ Cobro de Transporte Per Person/Por Persona |
| 1 | $115.00 U.S.D. | From Monterrey N. L. Mx. To Tifton GA |

Melissa 956-235-4027/956-337-0303
RICARDO 956-206-5579

**BILL BRIM 229-382-4454**

Greyhound Terminal: