IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PABLO ARRIAGA-ZACARIAS, et al., and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>LEWIS TAYLOR FARMS, INC., et al.,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>: CIVIL ACTION NO. 7:08-CV-32(HL)<br>:<br>:<br>:<br>:<br>: |

**ORDER**

Upon consideration of the parties' request for a stay of discovery and extension of discovery deadlines to permit the parties to engage in negotiation and mediation, the Court grants the parties' motion. The above-captioned matter is stayed from September 11, 2009 through October 21, 2009, and the discovery deadlines are reset as set forth below.

| Plaintiffs' expert witness designations | November 2, 2009 |
|---|---|
| Defendants' expert witness designations | December 4, 2009 |
| Close of discovery | December 18, 2009 |
| Motions to join or amend | Nov. 18, 2009 (30 days before close of discovery) |
| Dispositive motions | Feb. 1, 2010 (45 days after close of discovery) |

SO ORDERED this the 14th day of September, 2009.

　　　　　　　　　　　　　　　　*s/  Hugh Lawson*
　　　　　　　　　　　　　　　　Hugh Lawson, Judge
　　　　　　　　　　　　　　　　United States District Court