IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| PABLO ARRIAGA-ZACARIAS, et al., and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>LEWIS TAYLOR FARMS, INC., et al., | :<br>:<br>:<br>:<br>:<br>:   CIVIL ACTION NO. 7:08-cv-32<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

ORDER APPROVING FLSA JOINT PROPOSED SETTLEMENT

Having reviewed the Joint Motion [Doc. 151] and the parties' supplemental filing in response to the Court's February 5t  r [Docs. 156, 156-2, and 156-3], the Court approves the FLSA joint proposed settlement and finds as follows:

1. The joint proposed settlement of the FLSA claims is an adequate, reasonable, resolution of a bona fide dispute. The rights of the parties to it are adequately protected by it, particularly in light of the fact that settlement is a reasonable resolution of disputed issues reached in the context negotiated by Plaintiffs' counsel who can adequately protect their rights.

2. The settlement is not in derogation of, but rather conforms with, the FLSA policies of protecting workers.

3. Accordingly, the Court approves the FLSA portion of the joint proposed settlement.

4. The Court, having reviewed this joint stipulation of dismissal with

approves the same and orders and directs that judgment of dismissal with prejudice is hereby entered as to all claims in this action of all Plaintiffs persons who executed consents to sue to become Plaintiffs that were withdrawn, with each party to bear its own costs and attorneys' fees.

SO ORDERED this 4th  day of March, 2010.

                                                                 *s/  Hugh Lawson*                ,
                                                                  HUGH LAWSON
                                                                JUDGE, U.S. DISTRICT COURT